```
                                                    JS6
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PETER GUINAN | ) | CV 19-8585-RSWL-JC |
| | ) | |
| Plaintiff,, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL NUMBER 848; SHIPPERS TRANSPORT EXPRESS, INC.; and DOES 1-10, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

**WHEREAS,** on February 24, 2020, this Court **GRANTED** International Brotherhood of Teamsters, Union Local Number 848's ("Local 848") Motion to Dismiss Complaint for Failure to State a Claim Upon Which Relief Can be Granted [8] against Plaintiff Peter Guinan

1

("Plaintiff"),

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendant and against Plaintiff in accordance with this Court's previous Order granting Local 848's Motion to Dismiss.

As no Defendants remain, the Clerk shall close this matter.

**IT IS SO ORDERED.**

DATED: February 24, 2020      /s/ Ronald S.W. Lew
                              **HONORABLE RONALD S.W. LEW**
                              Senior U.S. District Judge